## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

John J. Clemons,

        Plaintiff,                       Civil No. 11-3413 (RHK/FLN)

v.                                **ORDER OF DISMISSAL**

Metropolitan Council,

        Defendant.

Based upon the Stipulation for Dismissal with Prejudice filed by the parties on April 4, 2012 (Doc. No. 12), **IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE,** on the merits, and without costs or disbursements to any party.

**LET JUDGEMENT BE ENTERED ACCORDINGLY**.

Dated:   April 4, 2012

                                                     s/Richard H. Kyle  
                                                     RICHARD H. KYLE  
                                                     United States District Judge